```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )   2:10-MJ-0255 KJM
12              Plaintiff,       )
                                 )
13       v.                      )
                                 )   ORDER IN SUPPORT
14  MOISES DELTORO CHAVEZ,       )   OF GOVERNMENT'S MOTION
                                 )   TO DISMISS
15              Defendant.       )
    _____)
16
17
18
19       Plaintiff United States of America, by and through United
20  States Attorney Benjamin B. Wagner and Assistant United States
21  Attorney Todd D. Leras, requests that the Court grant the
22  government's motion to dismiss without prejudice the charges in the
23  criminal complaint against defendant Moises Deltoro Chavez.
24       The motion to dismiss is made pursuant to Rule 48(a) of the
25  Federal Rules of Criminal Procedure.  Information obtained following
26  issuance of the criminal complaint and an arrest warrant for Moises
27  Deltoro Chavez reveals that a misidentification has occurred. Drug
28  Enforcement Special Agent Richard J. Britt has prepared and executed
```

1  an Affidavit this afternoon indicating that Israel Deltoro-Loza (aka
2  Moises Deltoro) is the correct identity of the person initially
3  named in the criminal complaint as Moises Deltoro Chavez.
4
5                                          BENJAMIN B. WAGNER
                                            United States Attorney
6
7  Dated: September 2, 2010                  /s/ Todd D. Leras
                                            TODD D. LERAS
8                                           Assistant U.S. Attorney
                                            Attorney for Plaintiff
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS HEREBY ORDERED:**

The government's motion to dismiss without prejudice charges in the criminal complaint against Defendant Moises Deltoro Chavez is granted.

IT IS SO ORDERED

Date: September 3, 2010

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE