CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
ISRAEL DEL TORO LOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ISRAEL DEL TORO LOZA,<br><br>  Defendant. | Case No.: 10-395 LKK<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   December 20, 2011<br>TIME:   9:15 a.m.<br>JUDGE:  Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Todd Leras, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant ISRAEL DEL TORO LOZA, that the status conference scheduled for December 20, 2011, at 9:15 a.m., be vacated and the matter continued to this Court's criminal calendar on March 27, 2012, at 9:15 a.m. for further status conference.

A separate stipulation and proposed order as to the other defendants has been filed for the court's consideration (Document 137), requesting a continuance to March 27, 2012, and is incorporated herein by reference.  This request for a continuance is due to the substantial volume of discovery recently turned over to defense counsel, which will require additional time to review, and also in light of the anticipated additional discovery expected to be turned over to the defense.

10cr0395.stipo.1219.1.doc
12/19/11

- 1 -

1   IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18
U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv),
(Local code T-4), and that the ends of justice served in granting the continuance and
allowing the defendants further time to prepare outweigh the best interests of the public
and the defendant to a speedy trial.

DATED:     December 16, 2011          /S/    Todd Leras
                                      TODD LERAS
                                      Attorney for Plaintiff


                                      /S/    Clemente M. Jiménez
                                      CLEMENTE M. JIMÉNEZ
                                      Attorney for Israel Del Toro Loza


**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for December 20, 2011, at 9:15 a.m., be vacated and the matter continued to March 27, 2012, at 9:15 a.m. for further status conference.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

DATED: December 19, 2011

                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT