CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Israel Del Toro Loza

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>ISRAEL DEL TORO LOZA, et al.,<br><br>        Defendants. | CR. No.: 10-395 LKK<br><br>ORDER RE : DEFENDANT ISRAEL DEL TORO LOZA'S WAIVER OF PERSONAL APPEARANCE |

Defendant, Israel Del Toro Loza, hereby waives his right to be personally present in open court for the hearing of any status conference, motion or other proceeding in this case, except that he will agree to be personally present for any plea, sentencing or jury trial, and he agrees to be personally present in court when so ordered by the court.

Defendant Del Toro Loza hereby requests the Court to proceed during any absence of the defendant which the Court may permit pursuant to this waiver. Defendant agrees that his interests will be deemed represented at all times by the presence of his attorney or designee, the same as if defendant were personally present. Defendant further agrees to be present in court ready for trial on any date set by the court in defendant's absence.

Defendant Del Toro Loza further acknowledges that he has been informed of his rights under Title 18 U.S.C. 3161-3174 of the Speedy Trial Act and authorizes his counsel to set times and delays under the Act without his being present.

DATED: July 26, 2012          I consent to the above waiver of personal appearance.

                              /s/ Israel Del Toro Loza_____
                              ISRAEL DEL TORO LOZA


DATED: July 26, 2012          I agree to the above waiver of personal appearance.

                              /s/Clemente M. Jiménez_____
                              CLEMENTE M. JIMÉNEZ


DATED: August 24, 2012        I approve the above waiver of personal appearance.


                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT