CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
ISRAEL DEL TORO LOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISRAEL DEL TORO LOZA,<br><br>Defendant. | Case No.: 10-395 LKK<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  March 7, 2013<br>TIME:   9:15 a.m.<br>JUDGE:  Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Todd Leras, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant ISRAEL DEL TORO LOZA, that the status conference scheduled for March 7, 2013, at 9:15 a.m., be vacated and the matter continued to this Court's criminal calendar on March 19, 2013, at 9:15 a.m. for further status conference and anticipated change of plea.  Following ongoing negotiations, the defense anticipates a revised plea agreement by week's end.  Defense counsel will require additional time to review the plea agreement with Mr. Del Toro Loza, currently housed in Butte County Jail.  *This request is made as to Defendant ISRAEL DEL TORO LOZA only.*

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and

1  allowing the defendants further time to prepare outweigh the best interests of the public
2  and the defendant to a speedy trial.

4  DATED:     March 5, 2013                    /S/     Todd Leras_____
                                                TODD LERAS
5                                               Attorney for Plaintiff

7                                               /S/     Clemente M. Jiménez_____
8                                               CLEMENTE M. JIMÉNEZ
                                                Attorney for Israel Del Toro Loza

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for March 7, 2013, at 9:15 a.m., be vacated and the matter continued to March 19, 2013, at 9:15 a.m. for further status conference and change of plea.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

DATED: March 6, 2013

                                                LAWRENCE K. KARLTON
                                                SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT