BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. S-10-395 LKK |
| Plaintiff, ) | |
| ) | ORDER CONTINUING STATUS |
| ) | CONFERENCE AND GRANTING |
| v. ) | REQUEST FOR PRE-PLEA REPORT |
| ) | AS TO DEFENDANT'S CRIMINAL |
| ISRAEL DELTORO-LOZA, ) | HISTORY |
| ) | |
| Defendant. ) | |

   This matter came before the Court for a status conference on March 19, 2013, at 9:15 a.m.  The United States was represented by Assistant United States Attorney Todd D. Leras.  Defendant was present, in custody, and represented by Attorney Clemente Jimenez.  A Spanish language interpreter assisted defendant.

   The parties requested to continue the status conference to April 30, 2013.  The parties informed the Court that they continue to work toward resolution of the case.  Both parties indicated that a pre-plea report by the Probation Department as to Defendant's criminal history would be useful in facilitating the ongoing settlement discussions.  Deputy Probation Officer

Scott Storey informed the Court that if a report is confined only to defendant's criminal history the Probation Department could complete a pre-plea report before April 30, 2013.

Based on the representations of the parties, the Court further ordered that time be excluded to April 30, 2013, under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare and continuity of counsel). The Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED**:

1.  A status conference in this matter is set for April 30 2013, at 9:15 a.m., as to Defendant Deltoro-Loza;

2.  Based on the parties' representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through April 30, 2013; and

3.  The United States Probation Office is directed to prepare a pre-plea report only on the issue of defendant's criminal history before April 30, 2013.

IT IS SO ORDERED

Date: March 25, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT