1 BENJAMIN B. WAGNER
United States Attorney
2 TODD D. LERAS
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California  95814
4 Telephone: (916) 554-2918

5

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )
                               )  CR. S-10-395 LKK
12           Plaintiff,         )
                               )  ORDER FOLLOWING
13                              )  STATUS CONFERENCE
      v.                        )
14                              )
ISRAEL DELTORO-LOZA,            )
15                              )
           Defendant.           )
16 _____)

17

18

19      This matter came before the Court for a status conference on

20 April 30, 2013, at 9:15 a.m.  Assistant United States Attorney

21 Todd D. Leras represented the government.  Attorney Clemente

22 Jimenez appeared on behalf of Defendant Israel Deltoro-Loza, who

23 was present and in custody.

24      Defense counsel informed the Court that he needs additional

25 time to review the case, including consultation with an expert,

26 and to discuss a proposed resolution with his client.  Defense

27 counsel requested to continue the status conference to June 18,

28 2013.  The government agreed to the request, and noted that the

1   parties had just received a criminal history assessment from the

2   Probation Department which impacts the terms of a proposed Plea

3   Agreement.

4        For the above-stated reasons, the parties requested that

5   time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code

6   T4 (reasonable time to prepare and continuity of counsel) up to

7   and including June 18, 2013.  The Court directed government

8   counsel to prepare a formal order.

9

10

11

12   **IT IS HEREBY ORDERED**:

13        1.   A status conference in this matter is set for June 18,

14   2013, at 9:15 a.m.;

15        2.   Based on the representation of the parties, the Court

16   finds that the ends of justice outweigh the best interest of the

17   public and Defendant in a speedy trial.  Accordingly, time under

18   the Speedy Trial Act shall be excluded under 18 U.S.C. §

19   3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare)

20   up to and including June 18, 2013.

21        IT IS SO ORDERED

22

23   Date: May 2, 2013

24   _____
     LAWRENCE K. KARLTON

25   SENIOR JUDGE
     UNITED STATES DISTRICT COURT

26

27

28