CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
ISRAEL DEL TORO LOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ISRAEL DEL TORO LOZA,<br><br>            Defendant. | Case No.: 10-395 LKK<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING CASE<br><br>DATE:   September 10, 2013<br>TIME:   9:15 a.m.<br>JUDGE:  Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Todd Leras, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant ISRAEL DEL TORO LOZA, that the sentencing hearing scheduled for September 10, 2013, at 9:15 a.m., be vacated and the matter continued to this Court's criminal calendar on September 24, 2013, at 9:15 a.m. for judgment and sentencing. After further review of the pre-sentence report, defense counsel anticipates filing objections and a sentencing memorandum. Consequently, after consulting with US Probation, the parties propose the following briefing schedule:

Objections due:  8/30/13

Final PSR due:  9/6/13

Motion for Correction:  9/10/13

1 | Reply, or Non-Opposition: 9/17/13
2 | J&S: 9/24/13
3 | DATED: August 29, 2013             /S/    Todd Leras_____
                                       TODD LERAS
                                       Attorney for Plaintiff

                                       /S/    Clemente M. Jiménez_____
                                       CLEMENTE M. JIMÉNEZ
                                       Attorney for ISRAEL DEL TORO LOZA

## ORDER

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for September 10, 2013, at 9:15 a.m., be vacated and the matter continued to September 24, 2013, at 9:15 a.m. for judgment and sentencing.

This 5th day of September, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT